# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 18, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146440(79)(80)(81)(84)(85)(86)(97)(98)

INTERNATIONAL BUSINESS
MACHINE, CORP.,
              Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
              Defendant-Appellee.
_____

SC:    146440
CoA:  306618
LC:    Ct of Claims

       On order of the Chief Justice, the motions for temporary admission under MCR 8.126(A) are considered and the following are admitted for the purpose of appearing in this case:

Amy L. Silverstein
Edwin P. Antolin
Johanna W. Roberts
Jeffrey B. Litwak
Richard L. Masters
Richard D. Pomp
Mitchell A. Newmark, and
Craig B. Fields



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 18, 2013                                         
_____
                                                      Clerk